**22CR444**

**FILED**
**9/7/2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JB

MAGISTRATE JUDGE COLE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Section 1703(b) |
| LUCAS FORTUNE | ) | |
| | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about March 3, 2021, at Hampshire, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUCAS FORTUNE,

defendant herein, who was then a United States Postal Service employee, without authority, opened mail not directed to him, namely 30 pieces of United States First Class mail addressed to and from various individuals in the 60140 zip code delivery area;

In violation of Title 18, United States Code, Section 1703(b).

SARAH STREICKER
Digitally signed by SARAH STREICKER
Date: 2022.08.13 14:21:16 -05'00'

signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY